IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

```
STEPHEN ANDREW MORSE,            §
                                 §
       Petitioner,               §
                                 §
v.                               §      2:06-CV-0166
                                 §
NATHANIEL QUARTERMAN, Director,  §
Texas Department of Criminal Justice, §
Correctional Institutions Division,   §
                                 §
       Respondent.               §
```

## ORDER ADOPTING REPORT AND RECOMMENDATION and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Came for consideration the Petition for a Writ of Habeas Corpus by a Person in State Custody filed by petitioner. On February 29, 2008, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that petitioner's application for a writ of habeas corpus be dismissed as time barred. As of this date, petitioner has not filed objections to the Magistrate Judge's Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is hereby DISMISSED.

IT IS SO ORDERED.

ENTERED this _6__ day of _March_ 2009.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE